# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Aerojet Rocketdyne, Inc. | ) ASBCA No. 60349 |
| | ) |
| Under Contract No. HQ0006-08-C-0044 | ) |

APPEARANCE FOR THE APPELLANT:  Emily C.C. Poulin, Esq.
                 Associate General Counsel, Military Engines
                 Pratt & Whitney, a division of United
                 Technologies Corp.

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
                 DCMA Chief Trial Attorney
                 Cara A. Wulf, Esq.
                 Stephen R. Dooley, Esq.
                 Trial Attorneys
                 Defense Contract Management Agency
                 Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 22 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60349, Appeal of Aerojet Rocketdyne, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2